UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE GARIBALDI GROUP, LLC, and GRC MANAGEMENT CORP., <br><br> Plaintiffs, <br><br> v. <br><br> CBS BROADCASTING, INC. <br><br> Defendants. | Civ. Action No. 10-103 (KSH) <br><br><br> **ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

This matter having come before the Court by way of a motion to dismiss by defendant CBS Broadcasting, Inc. [D.E. 9]; and the Court having heard oral argument on December 21, 2010, and having ruled from the bench,

**IT IS** on this 30th day of December, 2010,

**ORDERED** that for the reasons stated on the record, defendants' motion to dismiss [D.E. 9] is **granted** as to Counts 1 and 2 of the Amended Complaint [D.E. 8] and **denied** as to Counts 3 through 8.

/s/ Katharine S. Hayden

December 30, 2010                                   Katharine S. Hayden, USDJ